**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 04-2312**

———————

AMERICA ONLINE, INCORPORATED,

                                        Plaintiff - Appellee,

        versus

CHRISTOPHER INGRAM,

                                        Defendant - Appellant,

        and

CONTINENTAL FINANCIAL GROUP,

                                        Defendant.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Leonie M. Brinkema, District
Judge.  (CA-97-1563)

———————

Submitted:  March 16, 2005          Decided:  March 30, 2005

———————

Before LUTTIG, MICHAEL, and SHEDD, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Christopher Ingram, Appellant Pro Se.  Anthony Tobias Pierce, AKIN,
GUMP, STRAUSS, HAUER & FELD, L.L.P., McLean, Virginia, for
Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Christopher Ingram appeals the district court's order denying relief on his motion to vacate judgment. We have reviewed the record and find no abuse of discretion or reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>America Online, Inc. v. Ingram</u>, No. CA-97-1563 (E.D. Va., filed Sept. 28, 2004; entered Sept. 30, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>